IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| **CLEMENT C. NWOSU** | : | Case No. 15-51092 |
| | : | |
| Debtor. | : | |
| _____ | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES, FILED BY CERTUSBANK, N.A.

Pursuant to Fed. R. Bankr. P. 2002(g) and (i) and 9010(b), the undersigned counsel enters an appearance for CertusBank, N.A. ("Certus"), and requests that Certus be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the following addresses or facsimile numbers:

> Walter E. Jones
> BALCH & BINGHAM LLP
> 30 Ivan Allen, Jr. Boulevard, NW
> Suite 700
> Atlanta, Georgia 30308
> Telephone: (404) 962-3540
> Facsimile: (866) 849-8952
> wjones@balch.com
> fednoticesatl@balch.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

1

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Certus' (1) right to have final orders in non-core matters entered only after *de novo* review by a district court; (2) right to a trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (3) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, or recoupments to which Certus is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Notice is hereby given that Walter E. Jones of Balch & Bingham LLP hereby appears as counsel for Certus, and may be served as follows:

> Walter E. Jones
> Balch & Bingham LLP
> 30 Ivan Allen Jr., Blvd., N.W.,
> Suite 700
> Atlanta, Georgia  30308
> T: (404) 962-3540
> F: (866) 849-8952
> wjones@balch.com
> fednoticesatl@ balch.com

Respectfully submitted this 18th day of May, 2015.

> s/ Walter E. Jones
> WALTER E. JONES
> Georgia Bar No. 163287
>
> *Attorney for CertusBank, N.A.*

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd., N.W., Suite 700
Atlanta, Georgia  30308-3036
Telephone: (404) 962-3540
Facsimile: (866) 849-8952
wjones@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, the undersigned electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES, FILED BY CERTUSBANK, N.A.** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing. The undersigned does also certify that on May 18, 2015, the undersigned did cause to be served a copy of the foregoing upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed to:

Clement C. Nwosu
4474 Old Club Road
Macon, Georgia 31210

Wesley J. Boyer
Katz, Flatau, Popson and Boyer, LLP
355 Cotton Avenue
Macon, Georgia 31201

Elizabeth A. Hardy
Office of U.S. Trustee
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, Georgia 31201

s/ Walter E. Jones
WALTER E. JONES
Georgia Bar No. 163287