# United States Bankruptcy Court

Middle District of Georgia

Date: 9/11/15

In re:

   Clement C. Nwosu
   4474 Old Club Road
   Macon, GA 31210

Debtor(s)

Case No. 15−51092 aec

Chapter 11

TO: Wesley Boyer

Please advise the court the status of the Chapter 11 Plan and Disclosure Statement for the above case.

Thank you.

Merri Huellemeier
(478)749−6815

Deputy Clerk
United States Bankruptcy Court