**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 15-51092-AEC** |
| **CLEMENT C. NWOSU** ) | |
| ) | **Chapter 11** |
| **Debtor** ) | |
| ) | |

**NOTICE OF FILING**
**OF**
**MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE**
**&**
**NOTICE OF HEARING**

The United States Trustee has filed papers with the Court, which asks the Court to convert the case to a case under chapter 7, or in the alternative, dismiss the case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Bankruptcy Court to grant the relief sought by the pleading of the United States Trustee as set out above, then you or your attorney must:

**Attend the hearing scheduled to be held:**

**DATE:**        **December 15, 2015**

**TIME:**        **9:30 a.m.**

**LOCATION:**   **United States Bankruptcy Court**
                **Courtroom B**
                **433 Cherry Street**
                **Macon, GA 31201**

      If you wish to file a written response to the objection of the United States Trustee, you must file it with the Bankruptcy Court. The mailing address for the Court is:

United States Bankruptcy Court<br>
Middle District of Georgia<br>
P. O. Box 1957<br>
Macon, GA 31202

You must also mail a copy of your response to:

Elizabeth A. Hardy<br>
Assistant United States Trustee<br>
440 Martin Luther King Jr. Blvd.<br>
Suite 302<br>
Macon, GA 31201

      If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it at least five days prior to the hearing date.

      If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the pleading of the United States Trustee and may enter an order granting that relief.

      This 5th day of November, 2015.

                                                                         Respectfully submitted,

                                                                       GUY G. GEBHARDT<br>
                                                                       ACTING UNITED STATES TRUSTEE<br>
                                                                       REGION 21

| | |
|---|---|
| | /s/Elizabeth A. Hardy |
| 440 Martin Luther King Jr. Blvd. | Elizabeth A. Hardy |
| Suite 302 | Assistant United States Trustee |
| Macon, GA 31201 | KY Bar No. 82701 |
| (478) 752-3544 | |
| elizabeth.a.hardy@usdoj.gov | |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 15-51092-AEC** |
| **CLEMENT C. NWOSU** ) | |
| ) | **Chapter 11** |
| **Debtor** ) | |
| ) | |

**MOTION OF UNITED STATES TRUSTEE**
**TO CONVERT OR DISMISS CASE**

COMES NOW, Guy G. Gebhardt, Acting United States Trustee (herein "the United States Trustee"), pursuant to 11 U.S.C. §1112 and files this motion and represents:

1.

On May 13, 2015, **CLEMENT C. NWOSU** (herein "the Debtor") filed for relief under Chapter 11 of the Bankruptcy Code.

2.

The Debtor has not filed monthly operating reports for the months of July 2015, August 2015 and September 2015. Failure to timely file required operating reports is cause for conversion or dismissal pursuant to 11 U.S.C. § 1112(b)(4)(F).

3.

Pursuant to 28 U.S.C. § 1930, a debtor is obligated to pay quarterly fees until the case is converted or dismissed. In this case, the Debtor owes estimated fees for 2nd quarter 2015 and 3rd quarter 2015 in the amount of $1,300.00. Because the Debtor has not filed all of his monthly operating reports, the exact amount of fees due can only be estimated. At a minimum, the Debtor owes $1,300.00. The total amount of past due quarterly fees owed to the U.S. Trustee at

this time is $1,300.00 and quarterly fees will continue to accrue throughout the pendency of this case.

4.

Failure of the Debtor to comply with the basic requirements of the Bankruptcy Code is a clear indication that the Debtor is unwilling to fulfill his obligations in exchange for the benefit of the protection afforded to him by the filing, and is unable to reorganize his financial affairs for the benefit of his creditors. This failure evidences the Debtor's inability to reorganize and comply with the basic requirements of chapter 11 debtors-in-possession and constitutes cause for conversion or dismissal of the case under 11 U.S.C. §1112(b).

WHEREFORE, the United States Trustee prays this Court find that cause exists pursuant to 11 U.S.C. §1112(b) and CONVERT or DISMISS this case.

IN ADDITION, the United States Trustee prays for such other and further relief as the Court may find appropriate.

Date: November 5, 2015.

Respectfully submitted,

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

/s/Elizabeth A. Hardy
Elizabeth A. Hardy
Assistant United States Trustee
KY Bar No. 82701

440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201
(478) 752-3544
elizabeth.a.hardy@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing pleadings titled **NOTICE and MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE** either through the Court's electronic filing system or by placing a true and correct copy with the United States Postal Service with adequate postage affixed to assure first class delivery and addressed to:

Clement C. Nwosu
4474 Old Club Road
Macon, GA  31210

Wesley J. Boyer
Attorney for Debtor
Katz, Flatau, and Boyer, LLP
355 Cotton Avenue
Macon, GA  31201

And all parties of interest on the attached list of creditors.

      This 5th day of November, 2015.


|  |  |
|---|---|
|  | /s/Elizabeth A. Hardy |
| 440 Martin Luther King Jr. Blvd. | Elizabeth A. Hardy |
| Suite 302 | Assistant United States Trustee |
| Macon, GA 31201 | KY Bar No. 82701 |
| (478) 752-3544 |  |
| elizabeth.a.hardy@usdoj.gov |  |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-5<br>Case 15-51092<br>Middle District of Georgia<br>Macon<br>Thu Nov  5 12:40:46 EST 2015 | Branch Banking and Trust Company<br>c/o Patrick L. W. Sefton, Esq.<br>Sasser, Sefton & Brown, P.C.<br>P.O. Box 4539<br>Montgomery, AL 36103-4539 | CertusBank, N.A.<br>c/o Walter E. Jones, Esq.<br>Balch & Bingham LLP<br>30 Ivan Allen Jr. Blvd., Suite 700<br>Atlanta, GA 30308-3036 |
| Georgia Department of Revenue<br>c/o Georgia Department of Law<br>Robin J. Leigh<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 | Katz, Flatau & Boyer, L.L.P.<br>355 Cotton Avenue<br>Macon, GA 31201-2636 | 5<br>433 Cherry Street<br>P.O. Box 1957<br>Macon, GA 31202-1957 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | BB&T<br>PO Box 580057<br>Charlotte, NC 28258-0057 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | CACH, LLC<br>4340 S. Monaco Street<br>2nd Floor<br>Denver, CO 80237-3485 | Capital City Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| Certus Bank, N.A.<br>PO Box 448<br>Greenville, SC 29602-0448 | CertusBank, N.A.<br>c/o Walter E. Jones, Esq.<br>Balch & Bingham LLP<br>30 Ivan Allen Jr. Blvd, Suite 700<br>Atlanta, Georgia 30308-3036 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Georgia Department of Revenue<br>c/o Robin J. Leigh<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 | Hamilton State Bank<br>c/o McCullough Payne & Haan LLC<br>271 17th St NW, Suite 2200<br>Atlanta, GA 30363-6213 | Internal Revenue Service<br>401 W. Peachtree Street, N.W.<br>Stop 334-D<br>Atlanta, GA 30365 |
| Macon RDC | McIntosh State Bank<br>PO Box 3818<br>Jackson, GA 30233-0079 | Office of U.S. Trustee<br>c/o Elizabeth A. Hardy<br>Assistant U.S. Trustee<br>440 MLK Jr. Blvd Ste 302<br>Macon, GA 31201-7987 |
| SunTrust Bank<br>PO Box 791274<br>Baltimore, MD 21279-1274 | SunTrust Mortgage, Inc.<br>c/o Travis E. Menk<br>Brock and Scott, PLLC<br>5121 Parkway Plaza Boulevard, Suite 300<br>Charlotte, NC 28217-1965 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 |
| Clement C. Nwosu<br>4474 Old Club Road<br>Macon, GA 31210-4732 | Wesley J. Boyer<br>Katz, Flatau, Popson and Boyer, LLP<br>355 Cotton Avenue<br>Macon, GA 31201-2636 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894-1847<br>100-50-01-51 | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS - BANKRUPTCY<br>1800 CENTURY BLVD NE, SUITE 9100<br>ATLANTA, GA 30345-3205 |

(d)Georgia Department of Revenue
PO Box 161108
Atlanta, GA 30321


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Hamilton State Bank | (u)SunTrust Mortgage Inc. | (d)Branch Banking and Trust Company<br>c/o Patrick L. W. Sefton, Esq.<br>Sasser, Sefton & Brown, P.C.<br>P.O. Box 4539<br>Montgomery, AL 36103-4539 |
| (u)RMS Lifeline | End of Label Matrix<br>Mailable recipients   25<br>Bypassed recipients    4<br>Total                 29 | |

Case 15-51092    Doc 60    Filed 11/05/15    Entered 11/05/15 15:05:19    Desc Main Document    Page 7 of 7