B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re  Clement C. Nwosu                    ,         Case No.  15-51092

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| RREF II CER Acquisitions, LLC | CertusBank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Quantum Servicing Corp.
Attn: Terri Hall
6302 E. Martin Luther King Jr. Blvd.
Suite 310, Tampa, FL 33619
Phone: 813-333-7629
Last Four Digits of Acct #: 4700

Court Claim # (if known):  9
Amount of Claim:  $46,641.81
Date Claim Filed:  09/02/2015

Phone: 678-839-4503
Last Four Digits of Acct. #:  4700

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Walter E. Jones            Date:  3/3/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.